IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLLS-ROYCE plc, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. _____ |
| UNITED TECHNOLOGIES CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Rolls-Royce plc discloses that its parent corporation is Rolls-Royce Group plc and that Rolls-Royce Group plc owns 10% or more of its stock.

OF COUNSEL:

James A. Oliff
William P. Berridge
Richard E. Rice
Eric W. Schweibenz
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400

Dated: April 4, 2004

676610

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Rolls-Royce plc*