IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLLS-ROYCE plc, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   C.A. No. 05-193 (JJF) |
| UNITED TECHNOLOGIES CORPORATION, | ) ) ) ) |
|       Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff, Rolls-Royce plc., hereby dismisses this action without prejudice.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James A. Oliff
William P. Berridge
Richard E. Rice
Eric W. Schweibenz
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400

Dated: January 12, 2006

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel.: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Rolls Royce plc*

714703